IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEWART M. ARTIS,

    Petitioner,

v.                                                       No. 25-cv-0496-JCH-KBM

STATE OF NEW MEXICO,

    Respondent.

### ORDER TO CURE DEFICIENCIES

    This matter is before the Court on Petitioner Stewart Artis' *pro se* Letter-Pleading (Doc. 1). The Letter-Pleading alleges Petitioner received ineffective assistance from his state criminal counsel in Case No. D-202-CR-2022-529, but he does not raise any specific federal claims. The state docket reflects Case No. D-202-CR-2022-529 is still pending. Petitioner must therefore file a 28 U.S.C. § 2241 petition, if he wishes to argue his pretrial detention violates the U.S. Constitution. *See Yellowbear. v. Wyo. Att'y Gen.*, 525 F.3d 921, 924 (10th Cir. 2008) ("Section ... 2241 is a vehicle for challenging pretrial detention."). The Clerk's Office will mail Petitioner a blank § 2241 petition and a blank motion to proceed *in forma pauperis*. He must return the completed § 2241 petition within thirty (30) days of entry of this Order. By the same deadline, Petitioner must pay the $5.00 habeas filing fee or, alternatively, file a completed motion to proceed *in forma pauperis* along with a copy of his inmate account statement. *See* Habeas Corpus Rule 3(a)(2) (requiring habeas courts to consider the final account balance to determine if a petitioner can afford the $5.00 fee). The failure to timely comply with each directive in this Order may result in dismissal without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner must: (1)

file a completed § 2241 petition; and (2) pay the $5.00 filing fee or, alternatively, submit an *in forma pauperis* motion along with an inmate account statement.

   **IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a blank § 2241 petition and a blank motion to proceed *in forma pauperis*.

                 _____
                  UNITED STATES MAGISTRATE JUDGE